UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ODYSSEY IMPORTS, INC.** | * | **CIVIL ACTION NO.: 20-00542** |
| **Plaintiff** | * | |
| versus | * | **JUDGE: DEE D DRELL** |
| **THE CHARTER OAK FIRE INSURANCE COMPANY** | * | |
| **Defendant** | * | **MAGISTRATE: JOSEPH H L PEREZ-MONTES** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Odyssey Imports, Inc., who, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismisses this case, without prejudice.

To date, Defendant has not filed an answer or a motion for summary judgment and as such Plaintiff has an absolute right to voluntarily dismiss the case without prejudice. *See Qiong Wang v. Rodriguez De Jongh*, No. 18-CV-01043, 2018 WL 6580513 (W.D. La. 12/13/18) *citing Carter v. U.S.*, 547 F.2d 258 (5th Cir. 1977); *Taylor v. Carl E. Woodward, L.L.C.*, 2012 WL 3901627 (E.D. La. 9/7/12); *Trinity Yachts, LLC v. Thomas Rutherford, Inc.*, 2012 WL 397377 (E.D. La. 2/7/12); *Ricky's Diesel Service, Inc. v. M/V INSPIRATION*, 2002 WL 927796 (E.D. La. 5/7/02).

Respectfully submitted,

    s/Joseph E. Cain
**STEPHEN J. HERMAN (La. Bar No. 23129)**
**BRIAN D. KATZ (La. Bar No. 24137)**
**SOREN E. GISLESON (La. Bar No. 26302)**
**JOSEPH E. "JED" CAIN (La. Bar No. 29785)**
**JOHN S. CREEVY (La. Bar No. 30879)**
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record via electronic filing on this 12th day of June, 2020.

    s/Joseph E. Cain